UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

STEPHEN M. Q.,[1]                               )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )        No. 3:25-cv-00241-RLY-CSW
                                                )
FRANK J. BISIGNANO Commissioner of              )
Social Security,                                )
                                                )
                    Defendant.                  )

Now before the Court is Plaintiff's *First Motion for Extension of Time to File Plaintiff's Opening Brief.* (Dkt. 12). Plaintiff's counsel indicates that Defendant does not object to this request.

The Court, having examined said *Motion* and finding good cause, now **GRANTS** Plaintiff's *Motion.*

Plaintiff shall have up to and including **May 4, 2026,** to file his opening brief. No further extensions are anticipated, absent extraordinary circumstances.

**SO ORDERED.**

Date: April 7, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

**Distributed electronically via ECF to counsel of record.**

---

[1] To protect the privacy interests of Claimant's application for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.